IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SPENCER T. ANDERSON,

   Plaintiff,

    v.

ROCKDALE COUNTY SHERIFF,

   Defendant.

CIVIL ACTION FILE
NO. 11-CV-3602-TWT

## ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending dismissing the action for failure to state a claim. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 16 day of December, 2011.

                              /s/Thomas W. Thrash
                              THOMAS W. THRASH, JR.
                              United States District Judge